| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Randall K Coker** | Social Security number or ITIN **xxx–xx–1833** |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Alabama** | | |
| Case number:  **12–30540** | | |

# Order of Discharge                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

        Randall K Coker

Dated April 7, 2017

        *Dwight A. Williams, Jr.*
        Dwight H. Williams Jr.
        United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                          United States Bankruptcy Court
                           Middle District of Alabama
In re:                                                       Case No. 12-30540-DHW
Randall K Coker                                              Chapter 13
         Debtor           CERTIFICATE OF NOTICE
District/off: 1127-2        User: rwalker              Page 1 of 2          Date Rcvd: Apr 07, 2017
                            Form ID: 3180W             Total Noticed: 32
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 09, 2017.
```
db           +Randall K Coker,   1501 Samaria Road,    Clanton, AL 35045-8853
aty          +Enslen Crowe,   Sirote and Permutt,   2311 Highland Ave South,    Birmingham, AL 35205-2972
aty          +Janna L Ifshin,   2311 Highland Avenue South,    Birmingham, AL 35205-2972
aty          +Richard D. Shinbaum,   Shinbaum & Campbell,   P.O. Box 201,    Montgomery, AL 36101-0201
cr           +Federal National Mortgage Association,    Main Office,   c/o Rosicki, Rosicki & Associates, P.C.,
               51 East Bethpage Road,   Plainview, NY 11803-4224
2547929      +BEST BUY STORES, L.P.,   7601 PENN AVE SOUTH,    RICHFIELD, MN 55423-8500
2547931      +CITIFINANCIAL,    682 CLANTON MARKET PLACE,   Clanton, AL 35045-2246
2547930      +Christopher Keith Coker,   1501 Samaria Road,    Clanton, AL 35045-8853
2547925       EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,   Atlanta, GA 30374-0241
2547927       EXPERION,   P.O. BOX 9701,   Allen, TX 75013-9701
3408795       Federal National Mortgage Association,    (Fannie Mae), creditor,    c/o Seterus, Inc.,
               PO Box 1047,   Hartford, CT 06143-1047
2547933      +GMAC MORTGAGE,   3451 HAMMOND AVE,    Waterloo, IA 50702-5300
2547934      +MUTUAL SAVINGS CREDIT UNION,    PO BOX 1647,   Clanton, AL 35046-1647
2563963      +Mutual Savings Credit Union,    P O Box 362045,   Birmingham, AL 35236-2045
2822363      +OCWEN LOAN SERVICING, LLC,    ATTN: BANKRUPTCY DEPARTMENT,    1100 VIRGINIA DRIVE (SUITE 175),
               FORT WASHINGTON, PA 19034-3204
2578074       Rent To Own Homes,   C/O Windstar Realty,    500 Jean Street,    Montgomery, AL 36107
2547926       TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,   CHESTER, PA 19022-2000
3063079       eCAST Settlement Corporation,    PO Box 28136,   New York, NY 10087-8136
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr           +E-mail/Text: trustees_office@ch13mdal.com Apr 07 2017 20:53:18    Sabrina L. McKinney,
               P.O. Box 173,   Montgomery, AL 36101-0173
cr           +EDI: BASSASSOC.COM Apr 07 2017 20:48:00    eCAST Settlement Corporation,
               c/o Bass & Associates, P.C.,   3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
2565461       EDI: BANKAMER2.COM Apr 07 2017 20:48:00    FIA CARD SERVICES, N.A.,   PO Box 15102,
               Wilmington, DE 19886-5102
2547928      +EDI: BANKAMER.COM Apr 07 2017 20:48:00    BANK OF AMERICA,   1825 E. BUCKEYE ROAD, #2723,
               PHOENIX, AZ 85034-4216
2560937       EDI: BANKAMER.COM Apr 07 2017 20:48:00    Bank of America, N.A.,   NC4-105-02-99,
               PO Box 26012,   Greensboro, NC 27420-6012
2630892      +EDI: BASSASSOC.COM Apr 07 2017 20:48:00    Capital One, N.A.,   c/o Bass & Associates, P.C.,
               3936 E. Ft. Lowell Road, Suite #200,   Tucson, AZ 85712-1083
2547932       EDI: DISCOVER.COM Apr 07 2017 20:48:00    DISCOVER CARD,   P.O. BOX 15316,
               WILMINGTON, DE 19850-5316
2550460       EDI: DISCOVER.COM Apr 07 2017 20:48:00    Discover Bank,   DB Servicing Corporation,
               PO Box 3025,   New Albany, OH  43054-3025
2635655      +EDI: GMACFS.COM Apr 07 2017 20:48:00    GMAC MORTGAGE,LLC,   ATTN:BANKRUPTCY DEPARTMENT,
               1100 VIRGINIA AVENUE,   FORT WASHINGTON, PA 19034-3204
2632480       EDI: RESURGENT.COM Apr 07 2017 20:48:00    LVNV Funding, LLC its successors and assigns as,
               assignee of CitiFinancial, Inc.,   Resurgent Capital Services,   PO Box 10587,
               Greenville, SC 29603-0587
2547935      +EDI: AGFINANCE.COM Apr 07 2017 20:48:00    ONE MAIN FINANCIAL,   300 ST PAUL PLACE,
               Baltimore, MD 21202-2120
2671472      +EDI: OPHSUBSID.COM Apr 07 2017 20:48:00    Oak Harbor Capital VI, LLC,
               c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,    Seattle, WA 98121-3132
2618434       EDI: PRA.COM Apr 07 2017 20:48:00    Portfolio Recovery Associates, LLC,   POB 12914,
               Norfolk VA 23541
2547936      +EDI: SEARS.COM Apr 07 2017 20:48:00    SEARS,   P.O. BOX 105702,   ATLANTA, GA 30348-5702
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           ECAST SETTLEMENT CORPORATION,    PO BOX 28136,   NEW YORK, NY 10087-8136
cr*          +Oak Harbor Capital VI, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Ave., Ste. 400,
               Seattle, WA 98121-3132
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2017 at the address(es) listed below:
```
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Enslen Crowe    on behalf of Creditor   GMAC MORTGAGE, LLC bankruptcy@sirote.com
              Janna L Ifshin    on behalf of Creditor   FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE")
               CREDITOR, C/O SETERUS, INC. bankruptcy@sirote.com
              Janna L Ifshin    on behalf of Creditor   SETERUS, INC. bankruptcy@sirote.com
              Richard D. Shinbaum    on behalf of Debtor Randall K Coker rshinbaum@smclegal.com,
               scarter@smclegal.com;cthornton@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
                                                                                    TOTAL: 6
```