# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| IN RE THE MATTER OF: ) | |
| ) | Chapter 13 |
| **Randall K. Coker** ) | |
| ) | Case Number: 12-30540 |
| ) | |
| **Debtor.** ) | |

## MOTION TO SHOW CAUSE WHY CREDITOR SHOULD NOT BE HELD IN CONTEMPT OF COURT

COMES now the Debtor, Randall K. Coker, individually, and by and through attorney, and hereby moves this Court for an Order requiring the creditor, Caliber Home Loans, Inc., to show cause why they should not be held in contempt of Court, and as grounds for said Motion will state as follows:

1. On, to wit, the 3rd day of March 2012, the Debtor filed a Chapter 13 bankruptcy petition in the United States Bankruptcy Court for the Middle District of Alabama, listing GMAC Mortgage, as a creditor on his 1993 Clayton Mobile Home and land.

2. The Creditor, GMAC Mortgage, sold the loan several times, the last on record being Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc.

3. The Debtor completed his Chapter 13 plan, which paid the debt in full, and his case was discharged on the 7th day of April, 2017.

4. The Debtor has recently received correspondence from Caliber Home Loans stating that they have now bought the account and are attempting to collect funds while threatening to foreclose on Debtor's property.

5. The Creditor, Caliber Home Loan, Inc., has been contacted numerous times by our firm via telephone and facsimile, advising them that the Debtor's account was paid in full through his Chapter 13 plan and requesting a release of lien.

6. The Creditor, Caliber Home Loans, in spite of notification by the Debtor and Debtor's attorney has continued to harass the Debtor in an attempt to collect funds from the Debtor. The last

time on Tuesday, March 20, 2018, threatening the Debtor with repossession and legal action, in spite of being aware of the bankruptcy discharge.

7. The Debtor states that the actions of the Creditor are an intentional and direct violation of Title 11 U.S.C. §362.

WHEREFORE, the premises considered, the Debtor requests that this Court enter an Order requiring the creditor, Caliber Home Loans, to appear before this Court to show cause, if any, why they should not be held in contempt of Court for continued collection activity and harassment of the Debtor while possessing knowledge of the discharged bankruptcy case and to tax the Creditor with the cost of this action.

/s/ Richard D. Shinbaum
Richard D. Shinbaum

Attorney for the Debtor
Of Counsel:
SHINBAUM LAW FIRM
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440
(334) 263-4096 Fax

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Motion on all parties listed below by mailing a copy of the same to them on this the 23rd day of March 2018.

Hon. Sabrina McKinney
Chapter 13 Trustee

Caliber Home Loans, Inc.
13801 Wireless Way
Oklahoma, City, OK 73134

Stephen Bulgarella
Sirote & Permutt, PC
2311 Highland Avenue South
Birmingham, AL 35205
(Courtesy copy)

/s/ Richard D. Shinbaum
Richard D. Shinbaum